UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC ROGOZIENSKI and KIMBERLY ROGOZIENSKI, husband and wife,<br><br>vs.<br><br>KING COUNTY, a municipal subdivision of State of Washington,<br><br>    Defendant. | Case No.: 2:25-cv-01025-JNW<br><br>ORDER EXTENDING CASE SCHEDULE<br><br>NOTE ON MOTION CALENDAR: JUNE 17, 2026 |

Plaintiffs and Defendant stipulated to a motion to extend the case schedule by six weeks and to request the Court add a scheduled deadline for serving rebuttal expert disclosures after the initial expert disclosures. Trial is currently set for January 19, 2027. For good cause shown, the Court grants said motion.

The case schedule is hereby extended as to all deadlines by six weeks.

ORDER EXTENDING CASE SCHEDULE - 1
NO. 2:25-CV-01025-JNW

STEPHENS & KLINGE LLP
10900 NE 4th Suite 2300
Bellevue, WA 98004
425-453-6206

| **Bench Trial Date** | March 2, 2027. |
|---|---|
| Expert disclosures due | July 29, 2026. |
| Rebuttal expert disclosures due | August 28, 2026. |
| Motions related to discovery must be filed by and noted on the motion calendar by | August 31, 2026. |
| Discovery completed by | September 28, 2026. |
| All dispositive motions must be filed and noted on the motion calendar by | October 29, 2026. |
| All motions in limine must be filed and noted on the notion calendar by | January 21, 2027. |
| Agreed pretrial order due | February 16, 2027. |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law due | February 16, 2027. |
| Pretrial conference | <u>February 23, 2027, at 1:30 p.m.</u> |

DATED this 22nd day of June 2026,

Jamal N. Whitehead
United States District Judge

ORDER EXTENDING CASE SCHEDULE - 2
NO. 2:25-CV-01025-JNW

STEPHENS & KLINGE LLP
10900 NE 4th Suite 2300
Bellevue, WA 98004
425-453-6206